**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-7174**

———————

ANDRE SYLVESTER WATTS,

                                        Petitioner - Appellant,

        versus

TERRY O'BRIEN,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:06-cv-00334-gee)

———————

Submitted: October 31, 2006          Decided:  November 7, 2006

———————

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Andre Sylvester Watts, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andre Sylvester Watts appeals the district court's orders dismissing his petition for a writ of mandamus and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Watts v. O'Brien, No. 7:06-cv-00334-gee (W.D. Va. May 31 & June 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED